## Commonwealth *v.* Liles, Appellant.

Before LEVIN, J., without a jury.

Submitted June 10, 1974. *Joseph Litt,* for appellant; *David Richman, James J. Wilson, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.